JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

***Joseph Dong,***

**Plaintiff,**

**v.**

***Julian Castro, et al.,***

**Defendants.**

**CASE NO. CV 15-3539-GHK (AJWx)**

**JUDGMENT**

Pursuant to the Court's January 6, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint ("FAC") is **DISMISSED with prejudice**. Plaintiff shall take nothing by this FAC.

**IT IS SO ORDERED**.

DATED: January 6, 2016

GEORGE H. KING
Chief United States District Judge